IN MATTER OF DRAINAGE ALONG THE PEQUEST RIVER.

In error to the Supreme Court.

For the plaintiffs in error, *J. Vanatta.*

For the defendants in error, *E. C. Harris.*

Celluloid Manufacturing Co. v. Coles.

PER CURIAM. The judgment of the Supreme Court is affirmed, for the reasons given by that court. 10 *Vroom* 197.

*For affirmance*—THE CHANCELLOR, DEPUE, KNAPP, VAN SYCKEL, CLEMENT, DODD, GREEN, LILLY, WALES. 9.

*For reversal*—None.